UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 05 B 08051
   JOYCE P ROBINSON LANE
                                            CHAPTER 13

                                            JUDGE: MANUEL BARBOSA
          Debtor
   SSN XXX-XX-7065
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 03/07/05 and confirmed on 05/05/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 16718.29 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | 12505.00 | 1373.91 | 12505.00 |
| CIRCUIT CITY STORES | UNSECURED | NOT FILED | .00 | .00 |
| MERCY HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | UNSECURED | 156.05 | .00 | 156.05 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 12505.00 | .00 | 156.05 | .00 | 12661.05 |
| PRINCIPAL PAID | 12505.00 | .00 | 156.05 | .00 | 12661.05 |
| INTEREST PAID | 1373.91 | .00 | .00 | .00 | 1373.91 |
| TOTAL PAID | 13878.91 | .00 | 156.05 | .00 | 14034.96 |

The Debtor's attorney, LEEDERS & ASSOC LTD          , was allowed $   2700.00 and was paid $    700.00  direct and $   2000.00  through the plan.

The Trustee received $    683.33 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 09/09/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

```
                              PAGE   2
   CASE NO. 05 B 08051 JOYCE  P ROBINSON LANE
```